■ PETER MARX, as Treasurer of Garth Essex Tenants Association, Appellant, v 230 GARTH ROAD OWNERS, INC., et al., Respondents.—In an action, inter alia, for a permanent injunction, plaintiff appeals from an order of the Supreme Court, Westchester County, entered February 5, 1980, which denied his motion for a preliminary injunction. Appeal dismissed as

academic, without costs or disbursements. The underlying action has proceeded to final judgment. Accordingly, the appeal must be dismissed. Mangano, J. P., Gulotta, Cohalan and Margett, JJ., concur.